```
                                    FILED
                            CLERK U.S. DISTRICT COURT

                                 NOV 21 2011

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN INTERNATIONAL MANUFACTURING, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GRLC, a Delaware Limited Liability Company dba VALLEY and VALLEY TOWING PRODUCTS and VALLEY TOWING SYSTEMS and VALLEY INDUSTRIES; REVSTONE INDUSTRIES, LLC, a Delaware Limited Liability Company dba VALLEY and VALLEY TOWING PRODUCTS and VALLEY TOWING SYSTEMS and VALLEY INDUSTRIES; THULE TOWING SYSTEMS, LLC, a Delaware Limited Liability Company dba VALLEY and VALLEY, A BRAND WITHIN THE THULE GROUP and VALLEY TOWING PRODUCTS and VALLEY TOWING SYSTEMS and VALLEY INDUSTRIES; GEORGE CAPLEA, RICHARD MARSDEN, LARRY FISHER, CHRIS FUDALA, BRIAN RISHELL, and Does 1 through 20, <br><br> Defendants. | Case No.: 2:11-cv-01932-SVW-FMO <br><br> Judge Stephen V. Wilson <br> Courtroom 6 <br><br> [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

1  The parties hereto, through their respective attorneys of record, having duly submitted their
2  "Stipulation For Dismissal Of Entire Action With Prejudice," whereby all Defendants named in
3  Plaintiff's Second Amended Complaint in the above-captioned action are to be dismissed with
4  prejudice based on the Settlement Agreement between Plaintiffs and the Defendants, effective
5  November 22, 2011. The Court finds that good cause exists to enter this Order:

   **NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Second Amended
6  Complaint, and all causes of action therein, are hereby dismissed as to all Defendants, with
7  prejudice, with each party to bear its/his own attorneys' fees and costs.

Dated: Nov 21, 2011

The Honorable Stephen V. Wilson
Judge of the United States District Court